IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENAE JONES,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-638-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding counsel for plaintiff Renae Jones attorney fees in the amount of $9,697.59 under 42 U.S.C. § 406(b)(1).

| s/ K. Frederickson, Deputy Clerk | 10/31/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |